IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA CASTILLO, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:17-cv-05286 |
| ) | |
| v. ) | Hon. Virginia M. Kendall |
| ) | |
| SEARS, ROEBUCK & CO. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## NOTICE OF SETTLEMENT

Defendant, SEARS, ROEBUCK & CO., by and through undersigned counsel and pursuant to Local Rule 16.1, hereby gives Notice that the Parties have reached an agreement for settlement, and are in the process of finalizing the settlement documents. The Parties respectfully request that all deadlines and scheduled appearances before the Court be stricken, and further request that the Court set a status hearing for October 16, 2017, or thereafter, in order to allow the parties time to finalize the settlement documents and to file the proper pleadings to close out this matter.

**DATED: August 31, 2017**                    Respectfully submitted,

SEARS, ROEBUCK & CO.

By: _s/ Kevin A. Fritz_____
  One of Its Attorneys

Minh N. Vu
mvu@seyfarth.com
(*pro hac vice* application to be filed)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington D.C. 20004

40711183v.1

(202) 463-2400

Kevin A. Fritz
kfritz@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker St., Suite 8000
Chicago, Illinois 60606
(312) 460-5000

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 31, 2017, he caused the foregoing **NOTICE OF SETTLEMENT** to be filed with the Clerk of the Court via the Court's electronic case filing/ecf system, which will serve a true and correct copy of the same upon the following counsel of record via electronic mail/notice of filing:

> Rusty A. Payton
> Marc E. Dann
> DannLaw
> 115 S. LaSalle Street, Suite 2600
> Chicago, Illinois 60603
> (312) 702-1000
> (312) 702-1000 (fax)

<em>s/ Kevin A. Fritz</em>