## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Rebecca Castillo

                          Plaintiff,

v.                                         Case No.: 1:17−cv−05286
                                                       Honorable Virginia M. Kendall

Sears, Roebuck & Co.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 8, 2017:

      MINUTE entry before the Honorable Virginia M. Kendall. Parties have indicated that they have a good faith belief that this case will be resolved within 30 days. Therefore, the time to submit MID responses is extended for 30 days. No further extensions will be granted. Status hearing set for 10/16/2017 at 9:00 AM.Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.