# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **REBECCA CASTILLO,** an individual, | Case No. 17-cv-5286 |
| Plaintiff, | |
| vs. | **Hon. Virginia B. Kendall** |
| **SEARS, ROEBUCK AND CO.,** | |
| Defendant. | |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Rebecca Castillo, and Defendant Sears, Roebuck and Co., each by and through their undersigned counsel, hereby stipulate to dismissal of this action, *with prejudice*, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party to bear their own costs.

Dated: September 20, 2017.

| | |
|---|---|
| */s/ Rusty A. Payton* | */s/Kevin Fritz* |
| Rusty A. Payton | Kevin Fritz |
| DannLaw | Seyfarth Shaw LLP |
| 115 S. LaSalle Street, Suite 2600 | 233 S,. Wacker Dr., Suite 8000 |
| Chicago, Illinois 60603 | Chicago, Illinois 60606 |
| Ph. (312) 702-1000 | Ph. (312) 460-5586 |
| payton@dannlaw.com | kfritz@seyfarth.com |
| *Counsel of Record for Plaintiff Rebecca Castillo* | *Counsel of Record for Defendant Sears, Roebuck and Co.* |